## George Hertel v. The People of the State of Illinois.

1. APPEALS—*Criminal Cases.*—Appeals do not lie in criminal cases.
2. APPELLATE COURT PRACTICE—*Appeals Treated as Writs of Error.*
—The practice of the Appellate Court does not require it to treat an irregular attempt to bring up a criminal case by an appeal as a writ of error.

**Indictment,** for a misdemeanor. Appeal from the Circuit Court of Lake County; the Hon. CHARLES H. DONNELLY, Judge, presiding. Heard in this court at the December term, 1897. Appeal dismissed. Opinion filed February 28, 1898.

TURNOCK & GALLOWAY, attorneys for appellant.

C. T. HEYDECKER, state's attorney, for appellee.

MR. JUSTICE DIBELL DELIVERED THE OPINION OF THE COURT.

Appellant was indicted for a misdemeanor and tried and convicted, and fined $20, and seeks a reversal of the judgment against him by an appeal to this court. An appeal does not lie in a criminal case. Ferrias v. The People, 71 Ill. App. 559 and cases there cited. The state's attorney has filed briefs for appellee, which is equivalent to a joinder in error, and this authorizes us, if we think proper, to disregard the irregular attempt to bring the case here by appeal, and to treat it as pending upon a writ of error. But the practice referred to does not require us to take that course. We disapprove this irregular mode of procedure, and find nothing in this record furnishing any good reason why we should excuse appellant from seeking a review of the case in the one way provided by law, namely, by a writ of error. The appeal will be dismissed and appellant will be granted leave to withdraw his record if he desires. Appeal dismissed.